UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNIFIED MESSAGING SOLUTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:12-CV-00368-DDN |
| | ) |
| v. | ) |
| | ) |
| COMMERCE BANCSHARES, INC., | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Unified Messaging Solutions, Inc. and Commerce Bancshares, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the parties' claims and counterclaims in the above-captioned case be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

INNOVALAW, P.C.

By: _/s/ Timothy E. Grochocinski_
Timothy E. Grochocinski
1900 Ravinia Place
Orland Park, IL 60462
teg@innovalaw.com

Anthony G. Simon
The Simon Law Firm, P.C.
800 Market Street
Suite 1700
St. Louis, MO 63101
asimon@simonlawpc.com

*Attorneys for Plaintiff*
*Unified Messaging Solutions, LLC*

[So ordered. DDN 8/14/12]